IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

      Plaintiff,                    No. 2:13-cv-0434 WBS CKD P

    vs.

A. GUTTEE, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On March 20, 2013, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's order filed March 11, 2013 directing plaintiff to pay the filing fee for this action. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed March 11, 2013, is affirmed.
3   DATED: April 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE