1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON E. MORRIS,

11              Plaintiff,                          No.  2:13-cv-0434 WBS CKD P

12         vs.

13   A. GUTTEE, et al.,

14              Defendants.                         ORDER

15   _____/

16              On March 20, 2013, plaintiff filed a document the court construes as a request for

17   reconsideration of the magistrate judge's order filed March 11, 2013 directing plaintiff to pay the

18   filing fee for this action.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be

19   upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court

20   finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary

21   to law.

22   /////

23   /////

24   /////

25   /////

26   /////

1

1    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2  magistrate judge filed March 11, 2013, is affirmed.

3  DATED:  April 19, 2013

4

WILLIAM B. SHUBB
5                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26