1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON E. MORRIS,

11           Plaintiff,                    No.  2:13-cv-0434 WBS CKD P

12       vs.

13   A. GUTTEE, et al.,

14           Defendants.         FINDINGS AND RECOMMENDATIONS

15   _____/

16           On March 11, 2013, plaintiff was ordered to pay the filing fee for this action

17   within 21 days.  In that order, plaintiff was warned that failure to pay the filing fee within 21 days

18   would result in a recommendation that this action be dismissed.  The 21 day period has now

19   expired.

20           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.

22           These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  Such a document should be captioned "Objections to Magistrate

26   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

1

1    within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2    <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3     Dated: April 24, 2013

4                                                           _____

5                                                           CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE
6

7

8    1
     morr0434.dis
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26