IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

    Plaintiff,                    No. 2:13-cv-0434 WBS CKD P

    vs.

A. GUTTEE, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        On March 11, 2013, plaintiff was ordered to pay the filing fee for this action within 21 days. In that order, plaintiff was warned that failure to pay the filing fee within 21 days would result in a recommendation that this action be dismissed. The 21 day period has now expired.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1

1 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
2 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  Dated: April 24, 2013
4
5 _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE
6
7
8 1
morr0434.dis
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26